**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| In re ELECTRONIC ARTS INC. SECURITIES LITIGATION | No. C-05-1219 MMC |
| _____ | **ORDER CLOSING CONSOLIDATED CASES FOR STATISTICAL PURPOSES ONLY** |
| This Document Relates to: cases nos. 05-1325, 05-1527, 05-1613, 05-1616, 05-1648 _____/ | |

11
12
13
14
15

The following cases have been consolidated for all further proceedings with In re

16

Electronic Arts Inc. Securities Litigation, C-05-1219 MMC:

17   Taubenfeld v. Electronic Arts, Inc., C-05-1325 MMC
     Swantko v. Electronic Arts, Inc., C-05-1527 MMC
18   Raspa v. Electronic Arts, Inc., C-05-1613 MMC
     Simpson v. Electronic Arts, Inc., C-05-1616 MMC
19   Wilson v. Electronic Arts, Inc., C-05-1648 MMC

20       As all ongoing matters are being filed in case no. C-05-1219 MMC, there appears to

21   be no reason at this time to maintain the remainder of the cases as open files for statistical

22   purposes.  Accordingly, said cases are hereby CLOSED for statistical purposes only.

23       Nothing contained in this order shall be considered a dismissal or disposition of

24   these actions, and, should further proceedings become necessary or desirable, any party

25    may initiate them in the same manner as if this order has not been entered.

26       **IT IS SO ORDERED.**

27   Dated: August 5, 2005                                      MAXINE M. CHESNEY
                                                               United States District Judge

28